✎AO 245B     (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |

| | Case Number: | 2:07cr1-01-MHT |
|---|---|---|
| ADA DENISE MCKENZIE | | (WO) |
| | USM Number: | 12202-002 |

Timothy Charles Halstrom
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)     1, 10, 11, 12, 14, and 15 of the Indictment on September 19, 2007

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC 1708 | Theft of Receipt of Stolen Mail Matter | 2/3/2003 | 1 |
| 18 USC 1344 | Bank Fraud | 8/13/2002 | 10 |
| 18 USC 1028(a)(7) | Identify Theft | 12/19/2002 | 11 |
| 42 USC 408(a)(7)(B) | Social Security Number Fraud | 12/26/2002 | 12 |
| 18 USC 1029(a)(2) | Access Device Fraud | 11/18/2002 | 14 |
| 18 USC 1028A(a)(1) | Aggravated Identify Theft | 9/1/2005 | 15 |

      The defendant is sentenced as provided in pages 2 through     10     of this judgment. The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)     2-9, and 13 of the Indictment     ☐ is     X are   dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 24, 2008
Date of Imposition of Judgment

*[signature]*
Signature of Judge

MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

5/6/2008
Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___10___

DEFENDANT:        ADA DENISE MCKENZIE
CASE NUMBER:      2:07cr1-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

87 Months. This sentence consists of 63 months on Counts 1, 10, 11, 12, and 14 and 24 months on Count 15 to be served consecutively.

X The court makes the following recommendations to the Bureau of Prisons:
   1. The court recommends that the defendant be designated to a facility where intensive drug treatment is available.
   2. The court recommends that the defendant be designated to a facility where mental health counseling is available.
   3. The court recommends that the defendant be designated to a facility where she can obtain a G.E.D.
   4. The court recommends that the defendant be designated to a facility where vocational training is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___10___

DEFENDANT:          ADA DENISE MCKENZIE
CASE NUMBER:        2:07cr1-01-MHT

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

5 Years. This term consists of 3 years on Counts 1, 11, 12, 14 and 15and 5 years on Count 10, all such terms to run concurrently.

        The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

    future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a

    student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

        If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

        The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 06/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page __4__ of __10__

DEFENDANT:        ADA DENISE MCKENZIE
CASE NUMBER:      2:07cr1-01-MHT

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether she has reverted to the use of drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

2. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

3. The defendant shall participate in a vocational training program approved by the United States Probation Office. The defendant shall contribute to the cost of any training based on ability to pay and the availability of third-party payments.

4. The defendant shall provide the probation officer any requested financial information.

5. The defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule.

6. The defendant shall submit to a search of his person, residence, office, and vehicle pursuant to the search policy of this court.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___10___

DEFENDANT:          ADA DENISE MCKENZIE
CASE NUMBER:        2:07cr1-01-MHT

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 600 | $ | $ 33,127.76 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| *SEE ATTACHED PAGES (7-10) | | *SEE ATTACHED PAGES (7-10) | |
| | | $33,127.76 | |
| **TOTALS** | $                    0 | $              33134.76 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  X the interest requirement is waived for the   ☐ fine   X restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___10___

DEFENDANT:        ADA DENISE MCKENZIE
CASE NUMBER:      2:07cr1-01-MHT

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   Lump sum payment of $ __33,727.76__ due immediately, balance due

     ☐  not later than _____ , or
     ☐  in accordance      ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**   X   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   X F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   X   Special instructions regarding the payment of criminal monetary penalties:

     All criminal monetary penalty payments shall be made to the Clerk, United States District Court, Middle District of Alabama, Post Office Box 711, Montgomery, Alabama 36101. Any balance remaining at the start of supervision shall be paid at the rate not less than of $125.00 per month.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| V/W NAME (IF A BUSINESS, ALSO PROVIDE NAME OF AUTHORIZED REPRESENTATIVE) | ADDRESS | CITY | ST | ZIP | PHONE NO(S). | $ AMOUNT OF LOSS |
|---|---|---|---|---|---|---|
| David A. Ellis | | | | | | |
| Regions Financial Corp., Chris E. Hudgins | 25 Washington Ave. 1st Floor | Montgomery | AL | 36104 | 334-833-2005 | $134.07 |
| Donna M. Chumley | | | | | | |
| Colonial Bank, Lindsey Petty, Security Officer (3) | Montgomery BancGroup 1Commerce St. 5th Fl | Montgomery | AL | 36104 | 334-240-5260 | $3,650.00 |
| Rite Aid, Craig Gagnard | 1954 Butler Road | Alabaster | AL | 35007 | 251-259-7263 | $421.51 |
| Winn Dixie (4), Dottie Todd | P.O. Box 2029 | Montgomery | AL | 36102 | 334-240-6218 | $313.48 |
| Wal-Mart, Store 938 (3), | 6495 Atlanta Highway | Montgomery | AL | 36117 | 334-272-0263 | $739.99 |
| Shoe Department (3), Annette Eisenhower Fees assoc with Shoe Dept. | P. O. Box 646 | Concord | NC | 28026 | 704-782-4143 ext 287 | $422.75 |
| | | | | | | $12.00 |
| Office Max Inc., Attn Loss Prevention | 3605 Warrensville Center Road | Shaker Heights | OH | 44122 | 216-471-6043 | $214.98 |
| Advance Auto Parts, Richard Pyne | P.O. Box 2710 | Roanoke | VA | 24001 | 540-561-8489 | $28.84 |
| Toys R Us(2), Venaida Ramos | P.O. Box 530 | Wayne | NJ | 07474-0530 | 800-323-4993 | $926.62 |
| K-Mart, Valerie Moran, Risk Management Lead | P. O. Box 8130 | Palatine | IL | 60078-8130 | 847-202-2342 | $597.68 |
| Dillards(2), Tom Roberts, Loss Prevention | 3000 Eastdale Mall | Montgomery | AL | 36117 | 334-277-7200 | $160.56 |
| Bruno's, Kevin Ofenloch | 800 Lakeshore Parkway | Birmingham | AL | 35211 | 205-912-4346 | $46.61 |
| Burke's Outlet, Tim Osbourne, Dir of Investigations Lerners | 1806 38th Ave. E. | Bradenton | FL | 34208 | 941-744-4728 | $332.59 |
| | | | | | | $240.35 |
| Fidelity, Formerly Certegy Check Services, Earl Kober | 11601 Roosevelt Blvd, TA12 | St. Petersburg | FL | 33716-2202 | 800-215-6280 ext 75545 | $1,200.23 |
| Joseph J. Berher | | | | | | $0.37 |
| Richard E. Baker | | | | | | |
| Dollar General(2), Leanne Kirby | 100 Mission Ridge | Goodlettsville | TN | 37072 | 615-855-4770 | $107.91 |
| K-Mart(4), Valerie Moran, Risk Management Lead | P. O. Box 8130 | Palatine | IL | 60078-8130 | 847-202-2342 | $415.59 |
| Winn Dixie (2), Dottie Todd | P.O. Box 2029 | Montgomery | AL | 36102 | 334-240-6218 | $88.36 |
| Food World, Kevin Ofenloch | 800 Lakeshore Parkway | Birmingham | AL | 35211 | 205-912-4346 | $28.08 |
| Wal-Mart, Store 0424 (2) | 1415 7th Street S. | Clanton | AL | 35045 | 205-755-7574 | $402.15 |
| Wal-Mart, Store 0483 | 1903 Cobbs Ford Rd | Prattville | AL | 36067 | 334-361-2135 | $40.56 |
| CVS(2), Dean Rogers | 2600 Morgan Road | Bessemer | AL | 35022 | 205-481-5209 | $118.15 |
| Sunglass Hut, Jim Kment | 100 Greenwood Industrial Blvd. | McDonough | GA | 30253 | 678-432-4067 | $94.01 |
| Sprint PCS | 4950 College Blvd. | Overland Park | KS | 66211 | 877-788-0788 | $928.25 |
| First USA Visa, Gary Forsyth | PO Box 1337 | Van Alstyne | TX | 75495 | 903-482-0430 | $715.35 |
| Cochran, Thomas Malford | | | | | | |
| Compass Bank, Melissa Mennifield | 3317 6th Ave. South | Birmingham | AL | 35233 | 800-399-0185 | $2,302.25 |
| Nancy A. Goodson | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Capital One | 15000 Capital One Dr. | Richmond | VA | 23238 | 804-290-3655 | $130.79 |
| Robin Belinda Huff | | | | | | $250.00 |
| Janet Lynn Melton | | | | | | |
| Wal-Mart (6), Store 938 | 6495 Atlanta Highway | Montgomery | AL | 36117 | 334-272-0263 | $621.31 |
| Wal-Mart (1), Store 356 | 1717 S. College St. | Auburn | AL | 36830 | 334-821-2493 | $139.87 |
| Dillards, Tom Roberts, Loss Prevention | 3000 Eastdale Mall | Montgomery | AL | 36117 | 334-277-7200 | $960.67 |
| Toys R Us(2), Venaida Ramos | P.O. Box 530 | Wayne | NJ | 07474-0530 | 800-323-4993 | $591.86 |
| K-Mart(2), Valerie Moran, Risk Management Lead | P. O. Box 8130 | Palatine | IL | 60078-8130 | 847-202-2342 | $383.14 |
| Winn Dixie (6), Dottie Todd | P.O. Box 2029 | Montgomery | AL | 36102 | 334-240-6218 | $290.81 |
| Journeys, Mary Matthews | P.O. Box 1090 | Nashville | TN | 37202 | 615-367-8597 | $85.99 |
| Advance Auto Parts, Richard Pyne | P.O. Box 2710 | Roanoke | VA | 24001 | 540-561-8489 | $49.01 |
| Bruno's and Food World(5), Kevin Ofenloch | 800 Lakeshore Parkway | Birmingham | AL | 35211 | 205-912-4346 | $313.88 |
| Dollar General(2), Leanne Kirby | 100 Mission Ridge | Goodlettsville | TN | 37072 | 615-855-4770 | $239.19 |
| Rite Aid, Craig Gagnard | 1954 Butler Road | Alabaster | AL | 35007 | 251-259-7263 | $271.57 |
| Shoe Department (1), Annette Eisenhower | P. O. Box 648 | Concord | NC | 28026 | 704-782-4143 ext 287 | $236.43 |
| Rack Room, Johnny Turner | 8310 Technology Drive | Charlotte | NC | 28262 | 704-547-9200 ext 2350 | $108.98 |
| Gold N Diamond, Anis Fuad | 2529 Montgomery Mall | Montgomery | AL | 36116 | 334-284-3796 | $250.00 |
| Burke's Outlet(2), Tim Osbourne, Dir of Investigations | 1806 38th Ave. E. | Bradenton | FL | 34208 | 941-744-4728 | $286.97 |
| Wendy's | | | | | | $3.75 |
| Office Max Inc., Attn Loss Prevention | 3605 Warrensville Center Road | Shaker Heights | OH | 44122 | 216-471-6043 | $108.24 |
| Fidelity, Formerly Certegy Check Services, Earl Kober | 11601 Roosevelt Blvd, TA12 | St. Petersburg | FL | 33716-2202 | 800-215-6280 ext 75545 | $876.66 |
| Telecheck, Attn. Payment Posting Jim Robinson | 750 W. Hampden Ave. | Englewood | CO | 80110 | 303-806-3435 | $494.77 |
| Anna R. And Thomas R.Sansom | | | | | | |
| M&M Liquor Store, Deborah Crews | Vernon Road Plaza | LaGrange | GA | | 706-884-8454 | $800.00 |
| SouthTrust Bank, John Tapley, Regional Security Officer | P.O. Box 759 | Alexander City | AL | 35011 | 256-215-5126 | $2,260.00 |
| Chiquila J. Smith | | | | | | |
| Auburn Bank, Barbara Wilcox | PO Drawer 3110 | Auburn | AL | 36831-3110 | 334-821-9200 | $521.10 |
| Bonnie Daughtry | | | | | | |
| Auburn Bank, Barbara Wilcox | PO Drawer 3110 | Auburn | AL | 36831-3110 | 334-821-9200 | $1,550.00 |

| Name | Address | City | State | Zip | Phone | Amount |
|---|---|---|---|---|---|---|
| Shoe Department (3), Annette Eisenhower | P. O. Box 648 | Concord | NC | 28026 | 704-782-4143 ext 287 | $325.68 |
| Hibbett Sports(2), Jeff Mote | 451 Industrial Lane | Birmingham | AL | 35211 | 205-942-4292 | $353.36 |
| Dollar General(2), Tina Davis | 100 Mission Ridge | Goodlettsville | TN | 37072 | 615-855-4746 | $167.43 |
| Church's, DBA COB Enterprises, Candice Goodson | 1201 Three Notch St. | Andalusia | AL | 36420 | 334-222-2021 | $11.85 |
| Suna Beauty Supply, Inc. | 5885 Atlanta Highway | Montgomery | AL | 36117 | 334-277-6770 | $84.51 |
| Publix Check Recovery | PO Box 32019 | Lakeland | FL | 33802 | 863-688-1188 ext 35195 | $127.12 |
| Capitol Service Stations(2), Lisa Savage | PO Box 1806 | Montgomery | AL | 36102 | 334-263-6681 | $49.09 |
| Hair Plus Beauty Supply, Kimberly Brown | 1342 Highland Ave. | Selma | AL | 36701 | 334-872-2889 | $55.51 |
| Rite Aid, Craig Gagnard | 1954 Butler Road | Alabaster | AL | 35007 | 251-259-7263 | $40.88 |
| Wal-Mart, Store 938 (4) | 6495 Atlanta Highway | Montgomery | AL | 36117 | 334-272-0263 | $389.75 |
| Goody's Family Clothing, Attn. J.J. Walker | P.O. Box 22000 | Knoxville | TN | 37933 | 865-777-3560 | $88.81 |
| CVS | 2600 Morgan Road | Bessemer | AL | 35022 | 205-481-5209 | $35.39 |
| Fidelity, Formerly Certagy Check Services, Earl Kober | 11601 Roosevelt Blvd, TA12 | St. Petersburg | FL | 33716-2202 | 800-215-6280 ext 75545 | $319.69 |
| Telecheck, Attn. Payment Posting Jim Robinson | 750 W. Hampden Ave. | Englewood | CO | 80110 | 303-806-3435 | $461.40 |
| Jon B. and Paula E. McDonald | | | | | | |
| Auburn Bank, Barbara Wilcox | PO Drawer 3110 | Auburn | AL | 36831-3110 | 334-821-9200 | $1,200.00 |
| Shoe Department (3), Annette Eisenhower | P. O. Box 648 | Concord | NC | 28026 | 704-782-4143 ext 287 | $382.50 |
| Fred's (2), Jay Fiala | 2815 Highway 257 | Dublin | GA | 31021 | 478-296-7007 | $139.02 |
| Hair Plus Beauty Supply, Kimberly Brown | 1342 Highland Ave. | Selma | AL | 36701 | 334-872-2889 | $66.02 |
| Dollar General(2), Tina Davis | 100 Mission Ridge | Goodlettsville | TN | 37072 | 615-855-4746 | $115.57 |
| Hibbett Sports(4), Jeff Mote | 451 Industrial Lane | Birmingham | AL | 35211 | 205-942-4292 | $535.18 |
| Cougar Oil, Alice Young | PO Box 1800 | Selma | AL | 36702 | 334-875-2023 | $31.94 |
| Publix Check Recovery (3) | PO Box 32019 | Lakeland | FL | 33802 | 863-688-1188 ext 35195 | $297.32 |
| Rite Aid, Craig Gagnard | 1954 Butler Road | Alabaster | AL | 35007 | 251-259-7263 | $51.40 |
| Radio Shack(2), Attn. Julie Holt | MS WF 5-303   300 Radio Shack Circle | Fort Worth | TX | 76102 | 817-415-3019 | $50.58 |
| Goody's, Attn. J.J. Walker | P.O. Box 22000 | Knoxville | TN | 37933 | 865-777-3560 | $107.29 |
| T-Mobile | 4 Sylvan Way | Parsippany | NJ | 7054 | 973-292-8911 | $323.99 |
| Russell Oil (2), Attn. Tom Russell | PO Box 38 | Lapine | AL | 36046 | 334-263-5373 | $44.72 |
| CVS | 2600 Morgan Road | Bessemer | AL | 35022 | 205-481-5209 | $32.99 |
| Wadsworth Oil, Stephanie | 474 Old Franklin Road | Tuskegee | AL | 36083 | 334-727-1860 | $33.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Calhoun   Enterprises,   K.   C.   Baldwin | 4155 Suite C Lomac St. | Montgomery | AL | 36106 | 334-244-2421 | $6.54 |
| Murphy Mart | 1001 Frederick Ave. | Opelika | AL | 36801 | 334-749-9083 | $11.19 |
| Telecheck,   Attn.   Payment Posting Jim Robinson | 750 W. Hampden Ave. | Englewood | CO | 80110 | 303-806-3435 | $35.40 |
| Fidelity, Formerly Certegy Check Services, Earl Kober | 11601 Roosevelt Blvd, TA12 | St. Petersburg | FL | 33716-2202 | 800-215-6280 ext 75545 | $260.30 |
| Robert G. or Gay B. Jones | | | | | | |
| Telecheck,   Attn.   Payment Posting Jim Robinson | 750 W. Hampden Ave. | Englewood | CO | 80110 | 303-806-3435 | $197.61 |
| Factory   Connection,   Attn. Accounting | 701 Railroad Ave. | Albertville AL | | 35951 | 256-878-2866 | $188.03 |

**TOTAL**

**$33,127.76**