**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:07cr001-MHT** |
| | ) | **(WO)** |
| **ADA DENISE McKENZIE** | ) | |

**OPINION AND ORDER**

This matter is before the court on defendant Ada Denise McKenzie's petition for early termination of supervised release. McKenzie's supervised release commenced on October 10 2014. While on release, she successfully completed all the conditions of supervision except for maintaining employment and making payments toward restitution. The government and the Probation Department initially objected to early termination but, at a hearing on August 16, 2018, withdrew their objections, noting that McKenzie is unable to work due to a medical condition.

**\*\*\***

Accordingly, it is ORDERED that defendant Ada Denise McKenzie's petition for early termination of supervised release (doc. no. 151) is granted, supervised release is terminated, and defendant McKenzie is discharged.

DONE, this the 16th day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**